UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            Case No.3:88-cr-215-J-12

**MARLOW BRIDGES**

### O R D E R

This cause is before the Court on the Defendant's pro se "Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) ... " (Doc. 1804), filed March 3, 2008. U.S.S.G. § 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served." The United States Probation Office advises the Court that the Defendant was released from incarceration on March 4, 2008.  Accordingly, a reduction in the Defendant's term of imprisonment is not authorized under U.S.S.G. § 1B1.10 and the Court will deny his motion as moot.  Accordingly, it is

**ORDERED AND ADJUDGED**:

That Defendant's pro se "Motion for Sentence  Reduction Pursuant to 18 U.S.C. § 3582(c)(2) ... " (Doc. 1804) is denied as moot.

**DONE AND ORDERED** this ____7th_____ day of March 2008.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to:   AUSA (Henry)     Defendant, pro se     U.S. Probation  (Owens)